# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SARNOVA HC, LLC, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:21-cv-00601 |
| v. | : | Chief Judge Algenon L. Marbley |
| LESTER REETZ, *et al.*, | : | Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | : | |

As agreed between the parties at the Settlement Conference conducted by the Court, the parties to this lawsuit have resolved their dispute. A Dismissal Order dismissing this case with prejudice shall be filed not later than thirty (30) days from the date of this Order.

This matter is now terminated by settlement and shall be considered, pursuant to Fed. R. Civ. P. 41, dismissed without prejudice as to all claims, until the parties file the above-referenced Dismissal Order dismissing this matter with prejudice, unless the case is reopened for good cause shown upon proper motion of one or more parties to this action. The Court will retain continuing jurisdiction over the settlement agreement.

The Court hereby directs the U.S. District Court Clerk to serve upon all parties notice of this judgment and its date of Order upon the journal.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: May 27, 2021**